1194

No. 05–8364. WEST v. CROSBY, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. ▮

No. 05–8365. WILLIAMS v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 05–8366. WALKER v. UNITED STATES. C. A. 8th Cir.
Certiorari denied.

No. 05–8368. VALENZUELA-LUNA v. UNITED STATES. C. A.
5th Cir. Certiorari denied.

No. 05–8369. NAVARRETE v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 05–8372. AUSTIN v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 05–8373. BROWN v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 05–8375. MURRAY v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 05–8377. ONE MALE JUVENILE v. UNITED STATES. C. A.
4th Cir. Certiorari denied.

No. 05–8378. MEDINA-TORRES v. UNITED STATES. C. A. 5th
Cir. Certiorari denied.

No. 05–8379. MONTENEGRO-RECINOS v. UNITED STATES.
C. A. 8th Cir. Certiorari denied.

No. 05–8381. O'HALLORAN v. UNITED STATES. C. A. 1st Cir.
Certiorari denied.

No. 05–8382. WINTERS v. UNITED STATES. C. A. 8th Cir.
Certiorari denied.

No. 05–8383. WILSON v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 05–8385. CIRIACO v. UNITED STATES. C. A. 2d Cir. Cer-
tiorari denied.